UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
UNITED STATES OF AMERICA, :
: CASE NO. 4:07-CR-00629
Plaintiff, :
:
v. : OPINION & ORDER
: [Resolving Doc. No. 25]
ZACHARY A. CROYLE, :
:
Defendant. :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Defendant Zachary A. Croyle moves the Court to modify his sentence by releasing him early from his 120-month incarceration so that he can assist his ailing mother. [Doc. 25.]

Section 3582(c)(1) limits a court's power to modify a defendant's prison sentence to two situations: (1) upon motion of the Director of the Bureau of Prisons, or (2) for clear error or due to the defendant's substantial post-incarceration assistance under Federal Rule of Criminal Procedure 35. 18 U.S.C. § 3582(c)(1). Neither circumstance is present here. Croyle, not the BOP Director, made the sentence-reduction motion here. And Croyle does not allege clear error in his original sentence or that he has provided substantial assistance since being incarcerated.

Section 3582(c)(2) limits a court's power to modify a defendant's prison sentence to situations where a defendant has been sentenced based on range that has subsequently been lowered.

-1-

-2-

Case No. 4:07-CR-00629
Gwin, J.

18 U.S.C. § 3582(c)(2). That is not the case here.

      The Court thus DENIES Croyle's sentence-reduction motion.

      IT IS SO ORDERED.


Dated: March 16, 2011                                  s/ *James S. Gwin*
                                                          JAMES S. GWIN
                                                          UNITED STATES DISTRICT JUDGE